

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2018

No. 04-18-00607-CV

**IN THE INTEREST OF S.A.M., ET AL**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02510
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Appellant B.J.P. seeks to appeal from a final order terminating her parental rights. An appeal from such an order is accelerated. *See* TEX. FAM. CODE ANN. § 263.405. The trial court signed the final order of termination on August 7, 2018. Because this is an accelerated appeal, the notice of appeal was due on August 27, 2018. *See* TEX. R. APP. P. 26.1(b) (requiring notice of appeal to be filed within twenty days after the judgment is signed in an accelerated appeal); *see also* TEX. FAM. CODE ANN. § 263.405(c) (filing of a motion for new trial does not extend the appellate deadline). A motion for extension of time to file the notice of appeal was therefore due on September 11, 2018. *See* TEX. R. APP. P. 26.3 (providing a fifteen-day grace period after the deadline for filing notice of appeal). Appellant B.J.P. filed her notice of appeal on August 28, 2018, within the fifteen-day grace period allowed for filing a motion for extension of time to file the notice of appeal; however, no motion for extension was filed. *See* TEX. R. APP. P. 26.3.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore ORDERED that appellant B.J.P. file, *__within ten (10) days__* from the date of this order, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant B.J.P. fails to respond within the time provided, her appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2018.



KEITH E. HOTTLE,
Clerk of Court